## Commonwealth ex rel. Rivera, Appellant, *v.* Hendrick.

Submitted June 14, 1965. *Julio Rivera,* appellant, in propria persona; *Jo-*

*seph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
Order affirmed.